## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 14.02 | 130.54 |
| Medicare | 3.28 | 30.53 |
| Federal Withholding | 0.00 | 10.55 |
| State Tax - PA | 6.94 | 64.65 |
| SUI-Colleague Paid - PA | 0.15 | 1.47 |
| City Tax - HANVR | 2.26 | 21.05 |
| PA LST - HANVR | 2.00 | 12.00 |
| Total Employee Taxes | 28.65 | 270.79 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 226.13 | 2,105.54 |
| Medicare - Taxable Wages | 226.13 | 2,105.54 |
| Federal Withholding - Taxable Wages | 226.13 | 2,105.54 |
| State Tax Taxable Wages - PA | 226.13 | 2,105.54 |
| City Tax Taxable Wages - HANVR | 226.13 | 2,105.54 |

## Absence Plans - Paid Time Off

| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | 0.00 | 8.00 | 8.00 |
| Vacation | 9.29 | 0.00 | 9.29 | See Below |

## Payment Information

| Bank | Account Number | Amount |
|---|---|---|
| TEACHERS FCU | ******2889 | 197.48 USD |

**CVS Health: HR Service Center, Toll-free Number 1-888-694-7287**

Payslip

## Personal Details

| | |
|---|---|
| ID | 0033878 |
| Name | Deborah Totter |
| Home Address | 28 Coal Street<br>Plymouth, PA 18651 |
| Business Name | CVS Pharmacy |
| Company | 1215 Pennsylvania CVS Pharmacy, L.L.C.<br>1 CVS Drive<br>Woonsocket, RI 02895<br>BIN#: 203622903 |
| Department | 0000501614 01614 Core Retail-Wilke-Barre PA |
| Location | 01614 - Pennsylvania CVS Pharmacy, L.L.C. |
| Pay Rate | 18.52 |
| Basis of Pay | Hourly |

## Payroll Details

| | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Mar 15, 2026 |
| Pay End Date | Mar 28, 2026 |
| Reference Number | 025982021 |
| Pay Date | Apr 3, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 0.00 | |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 13.35 | 247.25 | 0.00 | 31.16 | 0.00 | 216.09 |
| YTD | | 2,352.79 | 0.00 | 301.95 | 0.00 | 2,050.84 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 444.48 |
| Regular Pay | 03/15/2026 - 03/21/2026 | 6.53 | 18.52 | 120.94 | |
| Regular Pay | 03/22/2026 - 03/28/2026 | 6.82 | 18.52 | 126.31 | 1,908.31 |
| Total Earnings | | | | 247.25 | 2,352.79 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 15.33 | 145.87 |
| Medicare | 3.59 | 34.12 |
| Federal Withholding | 0.00 | 10.55 |
| State Tax - PA | 7.59 | 72.24 |
| SUI-Colleague Paid - PA | 0.18 | 1.65 |
| City Tax - HANVR | 2.47 | 23.52 |
| PA LST - HANVR | 2.00 | 14.00 |
| Total Employee Taxes | 31.16 | 301.95 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 247.25 | 2,352.79 |
| Medicare - Taxable Wages | 247.25 | 2,352.79 |
| Federal Withholding - Taxable Wages | 247.25 | 2,352.79 |
| State Tax Taxable Wages - PA | 247.25 | 2,352.79 |
| City Tax Taxable Wages - HANVR | 247.25 | 2,352.79 |

## Absence Plans - Paid Time Off

| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | 0.00 | 8.00 | 8.00 |
| Vacation | 9.29 | 0.00 | 9.29 | See Below |

## Payment Information

| Bank | Account Number | Amount |
|---|---|---|
| TEACHERS FCU | ******2889 | 216.09 USD |

# CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

## Personal Details

| | |
|---|---|
| ID | 0033878 |
| Name | Deborah Totter |
| Home Address | 28 Coal Street<br>Plymouth, PA 18651 |
| Business Name | CVS Pharmacy |
| Company | 1215 Pennsylvania CVS Pharmacy, L.L.C.<br>1 CVS Drive<br>Woonsocket, RI 02895<br>BIN#: 203622903 |
| Department | 0000501614 01614 Core Retail-Wilke-Barre PA |
| Location | 01614 - Pennsylvania CVS Pharmacy, L.L.C. |
| Pay Rate | 18.52 |
| Basis of Pay | Hourly |

## Payroll Details

| | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Mar 29, 2026 |
| Pay End Date | Apr 11, 2026 |
| Reference Number | 026570603 |
| Pay Date | Apr 17, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 0.00 | |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 13.25 | 245.39 | 0.00 | 30.92 | 0.00 | 214.47 |
| YTD | | 2,598.18 | 0.00 | 332.87 | 0.00 | 2,265.31 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 444.48 |
| Regular Pay | 03/29/2026 - 04/04/2026 | 6.63 | 18.52 | 122.79 | |
| Regular Pay | 04/05/2026 - 04/11/2026 | 6.62 | 18.52 | 122.60 | 2,153.70 |
| Total Earnings | | | | 245.39 | 2,598.18 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 15.22 | 161.09 |
| Medicare | 3.55 | 37.67 |
| Federal Withholding | 0.00 | 10.55 |
| State Tax - PA | 7.53 | 79.77 |
| SUI-Colleague Paid - PA | 0.17 | 1.82 |
| City Tax - HANVR | 2.45 | 25.97 |
| PA LST - HANVR | 2.00 | 16.00 |
| Total Employee Taxes | 30.92 | 332.87 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Social Security - Taxable Wages | 245.39 | 2,598.18 |
| Medicare - Taxable Wages | 245.39 | 2,598.18 |
| Federal Withholding - Taxable Wages | 245.39 | 2,598.18 |
| State Tax Taxable Wages - PA | 245.39 | 2,598.18 |
| City Tax Taxable Wages - HANVR | 245.39 | 2,598.18 |

## Absence Plans - Paid Time Off

| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | 0.00 | 8.00 | 8.00 |
| Vacation | 13.94 | 0.00 | 13.94 | See Below |

## Payment Information

| Bank | Account Number | Amount | |
|---|---|---|---|
| TEACHERS FCU | ******2889 | 214.47 | USD |

CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

| Personal Details | |
|---|---|
| ID | 0033878 |
| Name | Deborah Totter |
| Home Address | 28 Coal Street<br>Plymouth, PA 18651 |
| Business Name | CVS Pharmacy |
| Company | 1215 Pennsylvania CVS Pharmacy, L.L.C.<br>1 CVS Drive<br>Woonsocket, RI 02895<br>BIN#: 203622903 |
| Department | 0000501614 01614 Core Retail-Wilke-Barre PA |
| Location | 01614 - Pennsylvania CVS Pharmacy, L.L.C. |
| Pay Rate | 18.52 |
| Basis of Pay | Hourly |

| Payroll Details | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Apr 12, 2026 |
| Pay End Date | Apr 25, 2026 |
| Reference Number | 026958515 |
| Pay Date | May 1, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 35.00 | |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 12.72 | 235.58 | 0.00 | 64.77 | 0.00 | 170.81 |
| YTD | | 2,833.76 | 0.00 | 397.64 | 0.00 | 2,436.12 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 444.48 |
| Regular Pay | 04/12/2026 - 04/18/2026 | 5.15 | 18.52 | 95.38 | |
| Regular Pay | 04/19/2026 - 04/25/2026 | 7.57 | 18.52 | 140.20 | 2,389.28 |
| Total Earnings | | | | 235.58 | 2,833.76 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 14.60 | 175.69 |
| Medicare | 3.42 | 41.09 |
| Federal Withholding | 35.00 | 45.55 |
| State Tax - PA | 7.23 | 87.00 |
| SUI-Colleague Paid - PA | 0.16 | 1.98 |
| City Tax - HANVR | 2.36 | 28.33 |
| PA LST - HANVR | 2.00 | 18.00 |
| Total Employee Taxes | 64.77 | 397.64 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Social Security - Taxable Wages | 235.58 | 2,833.76 |
| Medicare - Taxable Wages | 235.58 | 2,833.76 |
| Federal Withholding - Taxable Wages | 235.58 | 2,833.76 |
| State Tax Taxable Wages - PA | 235.58 | 2,833.76 |
| City Tax Taxable Wages - HANVR | 235.58 | 2,833.76 |

### Absence Plans - Paid Time Off

| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | 0.00 | 8.00 | 8.00 |
| Vacation | 13.94 | 0.00 | 13.94 | See Below |

Available Vacation Balance                                                                                        55.75

**Anniversary Accruals are included in the balance but are not available for use if you haven't reached your anniversary date.**

### Payment Information

| Bank | Account Number | Amount | |
|---|---|---|---|
| TEACHERS FCU | ******2889 | 170.81 | USD |

CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

## Personal Details

| | |
|---|---|
| ID | 0033878 |
| Name | Deborah Totter |
| Home Address | 28 Coal Street<br>Plymouth, PA 18651 |
| Business Name | CVS Pharmacy |
| Company | 1215 Pennsylvania CVS Pharmacy, L.L.C.<br>1 CVS Drive<br>Woonsocket, RI 02895<br>BIN#: 203622903 |
| Department | 0000501614 01614 Core Retail-Wilke-Barre PA |
| Location | 01614 - Pennsylvania CVS Pharmacy, L.L.C. |
| Pay Rate | 18.52 |
| Basis of Pay | Hourly |

## Payroll Details

| | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Apr 26, 2026 |
| Pay End Date | May 9, 2026 |
| Reference Number | 027126732 |
| Pay Date | May 15, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 35.00 | |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 13.89 | 257.24 | 0.00 | 67.33 | 0.00 | 189.91 |
| YTD | | 3,091.00 | 0.00 | 464.97 | 0.00 | 2,626.03 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 444.48 |
| Regular Pay | 04/26/2026 - 05/02/2026 | 6.47 | 18.52 | 119.82 | |
| Regular Pay | 05/03/2026 - 05/09/2026 | 7.42 | 18.52 | 137.42 | 2,646.52 |
| Total Earnings | | | | 257.24 | 3,091.00 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 15.95 | 191.64 |
| Medicare | 3.73 | 44.82 |
| Federal Withholding | 35.00 | 80.55 |
| State Tax - PA | 7.90 | 94.90 |
| SUI-Colleague Paid - PA | 0.18 | 2.16 |
| City Tax - HANVR | 2.57 | 30.90 |
| PA LST - HANVR | 2.00 | 20.00 |
| Total Employee Taxes | 67.33 | 464.97 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Social Security - Taxable Wages | 257.24 | 3,091.00 |
| Medicare - Taxable Wages | 257.24 | 3,091.00 |
| Federal Withholding - Taxable Wages | 257.24 | 3,091.00 |
| State Tax Taxable Wages - PA | 257.24 | 3,091.00 |
| City Tax Taxable Wages - HANVR | 257.24 | 3,091.00 |

## Payment Information

| Bank | Account Number | Amount | |
|---|---|---|---|
| TEACHERS FCU | ******2889 | 189.91 | USD |

# CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

## Personal Details

| | |
|---|---|
| ID | 0033878 |
| Name | Deborah Totter |
| Home Address | 28 Coal Street<br>Plymouth, PA 18651 |
| Business Name | CVS Pharmacy |
| Company | 1215 Pennsylvania CVS Pharmacy, L.L.C.<br>1 CVS Drive<br>Woonsocket, RI 02895<br>BIN#: 203622903 |
| Department | 0000501614 01614 Core Retail-Wilke-Barre PA |
| Location | 01614 - Pennsylvania CVS Pharmacy, L.L.C. |
| Pay Rate | 18.52 |
| Basis of Pay | Hourly |

## Payroll Details

| | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | May 10, 2026 |
| Pay End Date | May 23, 2026 |
| Reference Number | 027646995 |
| Pay Date | May 29, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 35.00 | |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 16.41 | 303.91 | 0.00 | 72.84 | 0.00 | 231.07 |
| YTD | | 3,394.91 | 0.00 | 537.81 | 0.00 | 2,857.10 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 444.48 |
| Regular Pay | 05/10/2026 - 05/16/2026 | 7.83 | 18.52 | 145.01 | |
| Regular Pay | 05/17/2026 - 05/23/2026 | 8.58 | 18.52 | 158.90 | 2,950.43 |
| Total Earnings | | | | 303.91 | 3,394.91 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 18.84 | 210.48 |
| Medicare | 4.41 | 49.23 |
| Federal Withholding | 35.00 | 115.55 |
| State Tax - PA | 9.33 | 104.23 |
| SUI-Colleague Paid - PA | 0.22 | 2.38 |
| City Tax - HANVR | 3.04 | 33.94 |
| PA LST - HANVR | 2.00 | 22.00 |
| Total Employee Taxes | 72.84 | 537.81 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Social Security - Taxable Wages | 303.91 | 3,394.91 |
| Medicare - Taxable Wages | 303.91 | 3,394.91 |
| Federal Withholding - Taxable Wages | 303.91 | 3,394.91 |
| State Tax Taxable Wages - PA | 303.91 | 3,394.91 |
| City Tax Taxable Wages - HANVR | 303.91 | 3,394.91 |

## Absence Plans - Paid Time Off

| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
|---|---|---|---|---|
| Vacation | 18.58 | 0.00 | 18.58 | See Below |

Available Vacation Balance      0.00

**Anniversary Accruals are included in the balance but are not available for use if you haven't reached your anniversary date.**

## Payment Information

| Bank | Account Number | Amount |
|---|---|---|
| TEACHERS FCU | ******2889 | 231.07   USD |